Dismissed and Memorandum Opinion filed July 27, 2006








 

Dismissed
and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00495-CR

NO. 14-06-00496-CR

____________

 

DARRELL WAYNE BRIDGES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District
Court

Harris County, Texas

Trial Court Cause No.
994,518; 1001654

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal in each of the above causes,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion in either cause, we grant appellant=s request.

Accordingly,
we order the appeals dismissed.  We direct the Clerk of the Court to issue the
mandates of the Court immediately.

PER CURIAM








Judgment rendered and Memorandum
Opinion filed July 27, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.

Do not publish C Tex.
R. App. P. 47.2(b).